# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 07-30035 |
| Surry Donaldson, III } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on January 8, 2007.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because he was laid off from Capital Fence. He went to work briefly at US Foods but had to quit due to physical limitations.

3. The debtor(s) is now able to resume payments to the Trustee and has made 3 payments totaling $240. The debtor is hoping to receive unemployment benefits from Capital Fence and should start receiving payments soon.

Wherefore, premises considered, the debtor(s) object to the case being dismissed Respectfully submitted this the 29 day of December, 2009.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 29 day of December, 2009.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs





**MONEY ORDER RECEIPT - NON NEGOTIABLE**

Payable to: Chapter 13

* 09910137457 *

12-26-09

**UNITED STATES POSTAL SERVICE** ®

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Chapter 13
Address:

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17859304843

Year, Month, Day: 2009-12-29
Post Office: 361051
Amount: $160.00
Clerk: 0008